IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN D. BAXTER,
    Plaintiff,
v.
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, *et al.*,
    Defendants

Case No. 3:14-cv-126-KRG-KAP

### Memorandum Order

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on March 7, 2016, ECF no. 52, recommending that the defendants' motion for summary judgment, ECF no. 32, be granted and the plaintiff's motion for summary judgment, ECF no. 29, be denied.

The parties were notified that, pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed objections at ECF no. 56, that I have reviewed de novo and reject as meritless.

After de novo review of the record, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 23rd day of March, 2016, it is

ORDERED that defendants' motion for summary judgment, ECF no. 32, is granted, and the plaintiff's motion for summary judgment, ECF no. 29, is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Brian D. Baxter GK-9465
    S.C.I. Mercer
    801 Butler Pike
    Mercer, PA 16137